UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER TEMPLIN,** | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CAUSE NO. 4:24-CV-242-O |
| | § | |
| **JENNIFER CALVERT,** | § | |
| *Defendant* | § | |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

On this the _____ day of _____, 2024, came to be considered Defendant's Motion to Dismiss. The Court, after considering such Motion, denies Defendant's motion to dismiss.

SIGNED on this _____ day of _____, 2024.

_____
JUDGE PRESIDING